In the Matter of the Application of ALICE MAGEE, as Executrix, for Decree to Sell Real Estate.

Reported below, 5 App. Div. 527.
(Argued March 1, 1897; decided March 9. 1897.)

MOTION to set aside an order made December 8, 1896, dismissing an appeal to the Court of Appeals for failure to serve copies of the case on appeal.

*Amasa J. Parker, Jr.,* for motion.

*Stephen B. Jacobs* opposed.

Motion denied, with costs.

MICHAEL TULLY, Respondent, *v.* NEW YORK AND TEXAS STEAMSHIP COMPANY, Appellant.

Reported below, 10 App. Div. 463.
(Argued March 1, 1897; decided March 9, 1897.)

MOTION to dismiss an appeal taken by permission of a judge of the Court of Appeals under subdivision 2, section 191 of the Code of Civil Procedure, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1897, which affirmed a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Appellate Division had unanimously decided that there was evidence supporting or tending to support the verdict, and had refused to allow an appeal to the Court of Appeals.

*Edwin R. Leavitt* for motion.

*George S. Coleman* opposed.

Motion denied, with ten dollars costs.